UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BERKLEY INSURANCE COMPANY,

         Plaintiff(s),

 -against-

RAEL MAINTENANCE CORP.,

         Defendant(s).
-----------------------------------------------------------------------X
RAEL MAINTENANCE CORP.,

        Third Party Plaintiff(s),

 -against-

BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG, PARK ROW 23 OWNERS LLC, HALSTEAD MANAGEMENT COMPANY, LLC, L + M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARK VIEW PLUMBING & HEATING, INC.,

        Third Party Defendant(s),
-----------------------------------------------------------------------X

Index No. **23-cv-8412**

**VERIFIED ANSWER TO THIRD PARTY COMPLAINT & PLAINTIFF'S COMPLAINT WITH CROSS CLAIMS AND COUNTER CLAIMS**

 The third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC, by their attorneys, MONTFORT, HEALY, McGUIRE & SALLEY LLP, answering the third party complaint of the third party plaintiff, herein, respectfully show to this Court and allege:

## ANSWERING THE ALLEGED PARTIES

FIRST. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraphs designated "1" and "5 through 9" of the third party complaint herein.

SECOND. Third Party defendants admit each and every allegation set forth in paragraph designated "2" of the third party complaint herein.

THIRD. Upon information and belief, third party defendants deny each and every allegation set forth in paragraph designated "3" of the third party complaint herein and respectfully refers all questions of law to this Court.

FOURTH. Upon information and belief, third party defendants deny each and every allegation set forth in paragraph designated "4" of the third party complaint herein, except third party defendants admit that HALSTEAD MANAGEMENT COMPANY, LLC is a domestic limited liability company having a place of business located at 770 Lexington Avenue, New York, New York.

## ANSWERING THE ALLEGED FACTS

FIFTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraphs designated "10 through 16" of the third party complaint herein, and respectfully refers all questions of law to this Court.

SIXTH. Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "17", "18" and "20" of the third party complaint herein.

SEVENTH. Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "19" and "21 through 24" of the third party complaint herein and respectfully refers all questions of law to this Court.

EIGHTH.  Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraphs designated "25 through 50" of the third party complaint herein.

### ANSWERING THE ALLEGED FIRST CAUSE OF ACTION

NINTH.  Answering paragraph designated "51" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "EIGHTH" of the third party defendants answer.

TENTH.  Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "52" and "53" of the third party complaint herein.

### ANSWERING THE ALLEGED SECOND CAUSE OF ACTION

ELEVENTH.  Answering paragraph designated "54" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "TENTH" of the third party defendants answer.

TWELFTH.  Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "55" and "56" of the third party complaint herein.

### ANSWERING THE ALLEGED THIRD CAUSE OF ACTION

THIRTEENTH.  Answering paragraph designated "57" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "TWELFTH" of the third party defendants answer.

FOURTEENTH. Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "58" and "59" of the third party complaint herein and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED FOURTH CAUSE OF ACTION

FIFTEENTH.  Answering paragraph designated "60" of the third party plaintiff's third party

complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "FOURTEENTH" of the third party defendants answer.

SIXTEENTH. Third Party defendant denies that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "61" of the third party complaint herein, and respectfully refers all questions of law to this Court.

SEVENTEENTH. Upon information and belief, third party defendants deny each and every allegation set forth in paragraph designated "62" of the third party complaint herein.

### ANSWERING THE ALLEGED FIFTH CAUSE OF ACTION

EIGHTEENTH. Answering paragraph designated "63" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "SEVENTEENTH" of the third party defendants answer.

NINETEENTH. Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "64" and "65" of the third party complaint herein.

### ANSWERING THE ALLEGED SIXTH CAUSE OF ACTION

TWENTIETH. Answering paragraph designated "66" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "NINETEENTH" of the third party defendants answer.

TWENTY-FIRST. Upon information and belief, third party defendants deny each and every allegation set forth in paragraphs designated "67" and "68" of the third party complaint herein.

### ANSWERING THE ALLEGED SEVENTH CAUSE OF ACTION

TWENTY-SECOND. Answering paragraph designated "69" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "TWENTY-FIRST" of the third party defendants answer.

TWENTY-THIRD. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "70" of the third party complaint herein.

TWENTY-FOURTH. Third Party defendant denies that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "71" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED EIGHTH CAUSE OF ACTION

TWENTY-FIFTH. Answering paragraph designated "72" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "TWENTY-FOURTH" of the third party defendants answer.

TWENTY-SIXTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "73" of the third party complaint herein.

TWENTY-SEVENTH. Third Party defendant denies that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "74" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED NINTH CAUSE OF ACTION

TWENTY-EIGHTH. Answering paragraph designated "75" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "TWENTY-SEVENTH" of the third party defendants answer.

TWENTY-NINTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "76" of the third party complaint herein.

THIRTIETH. Third Party defendant denies that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "77" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED TENTH CAUSE OF ACTION

THIRTY-FIRST. Answering paragraph designated "78" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "THIRTIETH" of the third party defendants answer.

THIRTY-SECOND. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "79" of the third party complaint herein.

THIRTY-THIRD. Third Party defendant denies that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "80" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED ELEVENTH CAUSE OF ACTION

THIRTY-FOURTH. Answering paragraph designated "81" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "THIRTY-THIRD" of the third party defendants answer.

THIRTY-FIFTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "82" of the third party complaint herein.

THIRTY-SIXTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "83" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED TWELFTH CAUSE OF ACTION

THIRTY-SEVENTH. Answering paragraph designated "84" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "THIRTY-SIXTH" of the third party defendants answer.

THIRTY-EIGHTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "85" of the third party complaint herein.

THIRTY-NINTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "86" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED THIRTEENTH CAUSE OF ACTION

FORTIETH. Answering paragraph designated "87" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "THIRTY-NINTH" of the third party defendants answer.

FORTY-FIRST. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "88" of the third party complaint herein.

FORTY-SECOND. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "89" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED FOURTEENTH CAUSE OF ACTION

FORTY-THIRD. Answering paragraph designated "90" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "FORTY-SECOND" of the third party defendants answer.

FORTY-FOURTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "91" of the third party complaint herein.

FORTY-FIFTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "92" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED FIFTEENTH CAUSE OF ACTION

FORTY-SIXTH. Answering paragraph designated "93" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "FORTY-FIFTH" of the third party defendants answer.

FORTY-SEVENTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "94" of the third party complaint herein.

FORTY-EIGHTH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "95" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### ANSWERING THE ALLEGED SIXTEENTH CAUSE OF ACTION

FORTY-NINTH. Answering paragraph designated "96" of the third party plaintiff's third party complaint, third party defendants repeat, reiterate and reallege each and every denial set forth in paragraphs designated "FIRST" through "FORTY-EIGHTH" of the third party defendants answer.

FIFTIETH. Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "97" of the third party complaint herein.

FIFTY-FIRST.  Third Party defendants deny that they have any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph designated "98" of the third party complaint herein, and respectfully refers all questions of law to this Court.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-SECOND.  Plaintiff has failed to join an indispensable party to this action.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-THIRD.  Plaintiff's damages, if any, were caused by the culpable conduct of parties other than the answering third party defendants and over whom third party defendants has no control.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-FOURTH.  This action is dismissible in that the third party defendants do not have notice of the alleged defective conditions prior to the happening of the accident.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE :

FIFTY-FIFTH.  That in entering upon the activity upon which plaintiff was engaged at the time of the occurrence, the plaintiff assumed the risk thereof.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-SIXTH. The plaintiff's claim must fail as the answering third party defendant does not owe a legal duty to the plaintiff.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-SEVENTH. Third Party Defendants did not cause the claimed water damage.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-EIGHTH.  Plaintiff has not been damaged to the extent alleged.

## AS AND FOR A EIGHTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

FIFTY-NINTH. Upon information and belief, third party defendants are not the cause of plaintiff's alleged damages and any harm allegedly suffered by the plaintiff is the result of events outside of the control of defendant, or caused by plaintiff.

## AS AND FOR A NINTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTIETH. Plaintiff lacks standing to bring the action within.

## AS AND FOR A TENTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-FIRST. A defense exists based upon documentary evidence.

## AS AND FOR A ELEVENTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-SECOND. Plaintiff's subrogor failed to undertake routine upkeep and maintenance of subject premises.

## AS AND FOR A TWELFTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-THIRD. The damages alleged in the complaint were caused in whole or in part by the plaintiff's failure to exercise reasonable care and in failing to mitigate claimed property damage through the exercise of reasonable care.

## AS AND FOR A THIRTEENTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-FOURTH. Pre-existing damage to the premises caused or contributed to the alleged water damage.

## AS AND FOR A FOURTEENTH AFFIRMATIVE
## DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-FIFTH. Upon information and belief, that all or a part of plaintiff's special damages have been paid or will be paid by collateral sources and no award should, in any event, be made for same.

### AS AND FOR A FIFTEENTH AFFIRMATIVE
### DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-SIXTH.  These answering defendants did not cause any damage to the subject premises.

### AS AND FOR A SIXTEENTH AFFIRMATIVE
### DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-SEVENTH. These answering defendants did not cause the water at the subject premises on July 29, 2022, as alleged.

### AS AND FOR A SEVENTEENTH AFFIRMATIVE
### DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-EIGHTH.  Plaintiff is not entitled to seek contractual indemnification for its own negligent acts, or seek recovery from defendants for damages for acts or omission not arising out of or not resulting from work performed by defendants.

### AS AND FOR A EIGHTEENTH AFFIRMATIVE
### DEFENSE, THE THIRD PARTY DEFENDANTS ALLEGE:

SIXTY-NINTH.  Pursuant to the existing By-Laws, incorporated herein by reference, the plaintiff unit owners are responsible for any damages to their apartment units.

### AS AND FOR A FIRST COUNTER-CLAIM AGAINST THE
### DEFENDANT/THIRD PARTY PLAINTIFF, RAEL MAINTENANCE CORP.,
### THE THIRD PARTY DEFENDANTS, BOARD OF MANAGERS OF 25 PARK ROW
### CONDOMINIUM,  by its President LAURA ROG
### and HALSTEAD MANAGEMENT COMPANY, LLC., RESPECTFULLY ALLEGE:

SEVENTIETH.  Upon information and belief, that if the plaintiff BERKLEY INSURANCE COMPANY, was caused to sustain injury and damages as alleged in the third party complaint, and recover thereon, the third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., are entitled to judgment over and against the defendant/third party plaintiff, RAEL MAINTENANCE CORP., for the full amount of that recovery, or a part thereof, in accordance with the relative responsibility of the defendant/third party plaintiff, RAEL MAINTENANCE CORP., by reason of the negligence, carelessness and recklessness of the defendant/third party plaintiff, RAEL MAINTENANCE CORP..

## AS AND FOR A SECOND COUNTER-CLAIM AGAINST THE DEFENDANT/THIRD PARTY PLAINTIFF, RAEL MAINTENANCE CORP., THE THIRD PARTY DEFENDANTS, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., RESPECTFULLY ALLEGE:

SEVENTY-FIRST. Upon information and belief, that if the plaintiff suffered any injuries or damages, through negligence other than their own and if the plaintiff should thereby recover any judgment against these third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., such recovery will have been brought about and caused by the active, affirmative and primary negligence of the defendant/third party plaintiff, RAEL MAINTENANCE CORP., his/her/its agents, servants and/or employees without any active or affirmative negligence on the part of the third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., contributing thereto, and defendant/third party plaintiff, RAEL MAINTENANCE CORP., will thereby be obligated to indemnify these third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., for any judgment that may be recovered against it by reason of the occurrence mentioned and described in the third party plaintiff's third party complaint.

## AS AND FOR A THIRD COUNTER-CLAIM AGAINST THE DEFENDANT/THIRD PARTY PLAINTIFF, RAEL MAINTENANCE CORP., THE THIRD PARTY DEFENDANTS, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., RESPECTFULLY ALLEGE:

SEVENTY-SECOND. That the defendant/third party plaintiff, RAEL MAINTENANCE CORP., is liable to BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC. by virtue of RAEL MAINTENANCE CORP.'s breach of contract in failing, among other things, to procure general liability insurance naming third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., as an additional insured herein.

## AS AND FOR A FOURTH COUNTER-CLAIM AGAINST THE DEFENDANT/THIRD PARTY PLAINTIFF, RAEL MAINTENANCE CORP., THE THIRD PARTY DEFENDANTS, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., RESPECTFULLY ALLEGE:

SEVENTY-THIRD. That the defendant BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC. is entitled to seek full indemnification from the defendant/third party plaintiff RAEL MAINTENANCE CORP..

SEVENTY-FOURTH. That the d defendant/third party plaintiff, RAEL MAINTENANCE CORP., shall be contractually obligated to defend and indemnify third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., for any recovery had herein to the full extent from the defendant/third party plaintiff, RAEL MAINTENANCE CORP., including attorneys fees, cost and disbursements.

## AS AND FOR A FIRST CROSS-CLAIM AGAINST THE THIRD PARTY DEFENDANTS, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., THE THIRD PARTY DEFENDANTS, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., RESPECTFULLY ALLEGE:

SEVENTY-FIFTH. Upon information and belief, that if the plaintiff, BERKLEY INSURANCE COMPANY, was caused to sustain injury and damages as alleged in the complaint, and recover thereon, the third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., is/are entitled to judgment over and against the third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE

PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., for the full amount of that recovery, or a part thereof, in accordance with the relative responsibility of the third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., by reason of the negligence, carelessness and recklessness of the third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC.

**AS AND FOR A SECOND CROSS-CLAIM AGAINST THE
THIRD PARTY DEFENDANTS, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT
PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING
ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA
BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH
BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING
& HEATING, INC., THE THIRD PARTY DEFENDANTS,
BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG
and HALSTEAD MANAGEMENT COMPANY, LLC., RESPECTFULLY ALLEGE:**

SEVENTY-SIXTH.  Upon information and belief, that if the plaintiff suffered any injuries or damages, through negligence other than their own and if the plaintiff should thereby recover any judgment against these third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., such recovery will have been brought about and caused by the active, affirmative and primary negligence of the third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD,

INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., his/her/its agents, servants and/or employees without any active or affirmative negligence on the part of the third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., contributing thereto, and third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., will thereby be obligated to indemnify these third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG AND HALSTEAD MANAGEMENT COMPANY, LLC., for any judgment that may be recovered against it by reason of the occurrence mentioned and described in the third party plaintiff's third party complaint.

WHEREFORE, the third party defendants, BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC., demands judgment dismissing the third party complaint herein, with costs and disbursements; and further demands judgment over and against the defendant/third party plaintiff, RAEL MAINTENANCE CORP., and third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., for all or part of any recovery by plaintiff in accordance with the relative responsibility of the defendant/third party plaintiff, RAEL MAINTENANCE CORP., and

third party defendants, PARK ROW 23 OWNERS LLC, LLC, L+M DEVELOPMENT PARTNERS LLC, L&M BUILDERS GROUP LLC, BURO HAPPOLD CONSULTING ENGINEERS, P.C., BURO HAPPOLD, INC., COOKFOX ARCHITECTS, D.P.C., WSP USA BUILDINGS INC., WSP USA INC., URBAN ATELIER GROUP LLC, CHATSWORTH BUILDERS, LLC, RCI FIRE PROTECTION LLC, and PARKVIEW PLUMBING & HEATING, INC., with costs and disbursements, plus all attorneys fees and other costs herein.

Dated: Garden City, New York
January 10, 2024

                           Yours, etc.,

                           MONTFORT, HEALY, McGUIRE & SALLEY LLP

                           BY: _____
                               CHRISTOPHER T. CAFARO
Attorneys for Third Party Defendant(s), BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC
840 Franklin Avenue
P.O. Box 7677
Garden City, New York  11530-7677
(516) 747-4082

TO:    GARTNER + BLOOM, P.C.
         Attorney(s) for Defendant/Third Party Plaintiff(s)
         RAEL MAINTENANCE CORP.
         801 Second Avenue - 11th Floor
         New York, New York 10017
         chemway@gartnerybloom..com

         de LUCA LEVINE LLC
         Attorney(s) for Plaintiff(s)
         301 East Germantown Pike - 3rd Floor
         East Norriton, PA 19401
         (215)383-0081
         Klevine@delucalevine.com

**AFFIDAVIT OF SERVICE BY ECF**

JENNIFER L. BRYANT, being duly sworn, deposes and says: that deponent is not a party to this action; that she is over the age of 18 years and resides in the County of Nassau, State of New York, and that she is employed by the offices of MONTFORT, HEALY, McGUIRE & SALLEY LLP, attorneys for Third Party Defendant(s), **BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, by its President LAURA ROG and HALSTEAD MANAGEMENT COMPANY, LLC**, in the above entitled action, that the office address of said attorneys is 840 Franklin Avenue, Garden City, New York 11530-7677; that on the 11th day of January, 2024, I served the within ANSWER TO THIRD PARTY COMPLAINT WITH CROSS CLAIMS AND COUNTER CLAIMS through the Court's CM/ECF system, pursuant to Uniform Rule 202.5-bb(c)(1) and/or 202.5-b(h)(3), by electronically filing same with such system, which caused the document to be electronically served upon the following:

TO:  chemway@gartnerybloom..com
     Klevine@delucalevine.com